# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**JOAN RENEE STALLINGS**                                           **PLAINTIFF**

**V.**            **CASE NO.: 3:12CV00195-BD**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration**                                      **DEFENDANT**

## ORDER

Plaintiff Joan Renee Stallings's motion for voluntary dismissal (docket entry #13) is GRANTED. Ms. Stallings's claims are DISMISSED, without prejudice, this 19th day of December, 2012.

_____
UNITED STATES MAGISTRATE JUDGE