# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**JOAN RENEE STALLINGS**                                                              **PLAINTIFF**

**V.**                    **CASE NO.: 3:12CV00195-BD**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration**                                                    **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITHOUT PREJUDICE this 19th day of December, 2012.

_____
UNITED STATES MAGISTRATE JUDGE